PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Reginald Phillips  Cr.: 04-432-01
PACTS Number: 42267

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr., U.S.D.J.

Date of Original Sentence: 12/19/05

Original Offense: Passing Counterfeit Securities

Original Sentence: 48 months imprisonment followed by 3 year term of supervised release.

Type of Supervision: Supervised release.   Date Supervision Commenced: 10/31/08

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

The defendant shall make restitution payments to the following persons in the following amounts:

**Name of Payee** (Victim)                                    **Amount of Restitution**:

Certegy Check Services                                        $102,038.18
Attn: Jeff Robbins, Fraud Investigator
11601 Roosevelt Blvd.
St. Petersburg, Florida 33716

Home Depot                                                    $60,287.33
Attn: Loss Prevention
2455 Paces Ferry Road
Atlanta, Georgia 30339

Payments are to be made at the rate of no less than $25 per month or 10% of the defendant's net monthly income, whichever is greater.

## CAUSE

Based upon offender's financial profile it appears the offender is able to make minimum monthly payments of no less than $25 towards his restitution obligation. The Probation Office will continue to monitor the offender's finances and direct offender to increase restitution payments to 10% of his net monthly income when he establishes employment and his financial profile improves.

Respectfully submitted,

By: Paul E. Choinski
U.S. Probation Officer
Date: 01/08/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

1-20-09
Date