PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Reginald Phillips                                    Cr.: 05-432-01
                                                                       PACTS #: 42267

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr., U.S.D.J.

Date of Original Sentence: 12/19/2005

Original Offense: Passing counterfeit securities

Original Sentence: 46 months imprisonment followed by 3 year term of supervised release

Type of Supervision: Supervised release            Date Supervision Commenced: 10/31/2008

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On July 7, 2009, Phillips was arrested by the Essex County Sheriff's Office. He has been charged with threats to kill, in violation of N.J.S.A. 2C:12-3b, a crime of third degree. |

<u>U.S. Probation Officer Action:</u>

The probation office will continue to monitor the pending criminal charges and collect additional pertinent information. The probation office recommends no further action be taken at this time and will keep the Court apprised of any significant developments in the underlying criminal matter.

Respectfully submitted,
By: Paul E. Choinski
U.S. Probation Officer
Date: 07/16/2009

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other – no further action

Signature of Judicial Officer

7-23-09
Date