PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Reginald Phillips         **Docket Number:** 05-00432-001
       **PACTS Number:** 42267

**Name of Sentencing Judicial Officer:** Honorable Joseph A. Greenaway, Jr.
United States District Judge

**Date of Original Sentence:** 12/19/2005

**Original Offense:** Passing Counterfeit Securities

**Original Sentence:** 46 months imprisonment; 3 years supervised release.

RECEIVED
AUG 10 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 10/31/08

**Assistant U.S. Attorney:** Thomas R. Calcagni, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Robert T. Norton, 114 Elm Street, Westfield, New Jersey, 908-654-5717

## PETITIONING THE COURT

[X] To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**     **Nature of Noncompliance**

1     **The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.'**

    On July 28, 2011, in the Township of Old Bridge, Phillips was arrested and charged with Obstruction, Hindering, Theft by Deception and Exhibiting False Documents as proof of ID.

2     **The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**

    Phillips failed to notify the probation office within 72 of July 28, 2011, his arrest.

PROB 12C - Page 2
Reginald Phillips

3      The offender has violated the standard supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $162,425.51 to Certegy Check Services and Home Depot; it shall be paid in the following manner: $25 per month or 10% of Gross monthly income; whichever is greater.'

The offender has failed to make restitution payments in accordance with his payment schedule. Phillips has not made a restitution payment since March 2011.

I declare under penalty of perjury that the foregoing is true and correct.

By: Amy J. Capozzolo
U.S. Probation Officer
Date: 8/9/11

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

RECEIVED
AUG 10 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

_____
Signature of Judicial Officer

August 15, 2011
Date